FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2014 MAY 27  AM 9:57

:IGN_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

## BILL OF INFORMATION FOR RECEIPT OF CHILD PORNOGRAPHY AND FORFEITURE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 14- 62-SDD-RLB |
| *versus* | : |
| | : 18 U.S.C. § 2252(a)(2) |
| W. STEVEN MANNEAR | : 18 U.S.C. § 2253(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

From in or about August of 2009 through in or about September of 2012, in the Middle District of Louisiana, **W. STEVEN MANNEAR**, defendant herein, knowingly received, using a means and facility of interstate and foreign commerce, namely, a computer, visual depictions of minors engaging in sexually explicit conduct, the producing of which involved the use of minors engaging in such conduct.

The above is a violation of Title 18, United States Code, Section 2252(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the child pornography offense charged in the Bill of Information, the defendant, **W. STEVEN MANNEAR**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252; any property constituting or traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of the above-charged offense; and any and all property

used or intended to be used in any manner or part to commit or to promote the commission of such offense, including, but not limited to, the following:

    (1)  Dell Latitude laptop computer, model D830, service tag 97TK1D1; and

    (2)  Asus laptop computer, model K501.

UNITED STATES OF AMERICA, by

_____
J. WALTER GREEN
UNITED STATES ATTORNEY

Date: 5-27-14

_____
J. CHRISTOPHER DIPPEL, JR.
ASSISTANT U.S. ATTORNEY

# CRIMINAL Cover Sheet    U.S. District Court

**Place of Offense:**                                    Matter to be sealed:   _X_ No   ___ Yes

City            Baton Rouge                              **Related Case Information:**

County/Parish   East Baton Rouge                         Superseding Indictment _____   Docket Number _____
                                                         Same Defendant _____            New Defendant  X
                                                         Magistrate Case Number _____
                                                         Search Warrant Case No. _____
                                                         R 20/ R 40 from District of _____
                                                         **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    W. Steven Mannear
Alias
Address:
Birthdate:         SS #:              Sex: Male     Race: White      Nationality:

**U.S. Attorney Information:**

AUSA:  J. Christopher Dippel, Jr.     Bar #: 30480

**Interpreter:**  _X_ No    __ Yes    **List language and/or dialect:**

**Location Status:**

Arrest Date    _____
_____         Already in Federal Custody as of
_____         Already in State Custody
_____         On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    1

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18 U.S.C.§ 2252(a)(2) | Receipt of Child Pornography | 1 | Felony |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 5-27-14          Signature of AUSA: _____

**District Court Case Number (To be filled in by deputy clerk):** _____