FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2014 MAY 27 AM 9:57

SIGN_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 14-62-SDD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 2252(a)(2) |
| | : | 18 U.S.C. § 2253(a) |
| W. STEVEN MANNEAR | : | |

## WAIVER OF INDICTMENT

I, W. Steven Mannear, the above-named defendant, charged in a Bill of Information with receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), understand:

(a) the nature of the charge brought against me, and

(b) that I am entitled, under the Fifth Amendment of the United States Constitution, to have the charges instituted by a Grand Jury Indictment.

I voluntarily waive my right to have the charge set forth in the Bill of Information presented to a Grand Jury and agree that the proceedings may be instituted by a Bill of Information.

Dated this 21st day of May, 2014, at Baton Rouge, Louisiana.

_____
W. Steven Mannear

_____
James E. Boren
Counsel for Defendant