UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL |
| VERSUS | |
| | NO. 14-62-SDD-RLB |
| W. STEVEN MANNEAR | |

### ORDER

I hereby recuse myself from this matter.

Signed in Baton Rouge, Louisiana, on May 27, 2014.

_____
 RICHARD L. BOURGEOIS, JR.
 UNITED STATES MAGISTRATE JUDGE